**FILED**

06/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0712

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0712

_____

PARROT DITCH CO.,

      Claimant/Objector and Appellant,

    v.

NORMAN ASHCRAFT JR.; COURTNAY O.
DUCHIN; CHARLES M. MILLER; PATTY A.           O R D E R
MILLER,

      Objectors and Appellees,

RAFANELLI PARTNERS LLP,

      Notice of Intent to Appear.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. On January 25, 2024, this Court granted the City of Three Forks leave to file "an *amicus curiae* brief" pursuant to M. R. App. P. 12(7) "no later than the date on which appellant's opening brief is due." The City timely filed its amicus brief on March 21, 2024. The City's "Reply Brief" filed electronically on May 31, 2024, is not authorized by the Rules of Appellate Procedure.

IT IS ORDERED that the referenced brief is rejected.

The Clerk is directed to provide a true copy of this Order to Amicus Curiae the City of Three Forks and all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
June 3 2024